# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

LAUSTEVEION DELANO JOHNSON,

    *Petitioner*,

vs.

DWIGHT NEVEN, et al.,

    *Respondents*.

2:08-cv-01363-JCM-RJJ

ORDER

    This habeas matter is before the court on petitioner's counseled motion for extension of time to reply to the answer (ECF No. 90).  Good cause appearing,

    **IT IS ORDERED** that petitioner's motion for extension of time (ECF No. 90) is **GRANTED**. Petitioner shall file his reply to the answer within **thirty (30) days** of the date of entry of this order.

Dated  October 5, 2015.

UNITED STATES DISTRICT JUDGE