UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| LAUSTEVEION DELANO JOHNSON,<br><br>Petitioner,<br>v.<br><br>DWIGHT NEVEN, et al.,<br><br>Respondents. | Case No. 2:08-cv-01363-JCM-RJJ<br><br>ORDER |

This habeas matter comes before the court on several motions to extend time as well as motions to seal petitioner's appendix and exhibits. Petitioner, through counsel, has demonstrated compelling reasons under *Kamakana v. City and County of Honolulu*, 447 F.3d 1172, 1178-1179 (9th Cir. 2006), that the appendix and exhibits to petitioner's reply to the answer should be filed under seal. Good cause appearing,

IT IS ORDERED that petitioner's motion to file his appendix under seal (ECF No. 96) and his motion to file his exhibits under seal (ECF No. 98) are both GRANTED.

IT IS FURTHER ORDERED that petitioner's second and third unopposed motions to extend time to file his reply to the answer (ECF Nos. 92 and 93) are both GRANTED *nunc pro tunc*.

DATED: 26 April 2016.

_____
JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

1